AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| John Aaron Gass  (AKA: N/A) | ) |
| DOB: XXXXXX | ) |
| | ) |
| | ) |
| _Defendant_ | |

Case: 1:25-mj-00279
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 12/10/2025
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 28, 2025_____ in the District of _____Columbia_____ the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a)(e) | (Production/Attempted Production of Child Pornography), |
| 18 U.S.C. § 2422 | (Coercion and Enticement), |
| 18 U.S.C. § 2252(a)(4) | (Possession of Child Pornography). |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
_Complainant's signature_

Remy Walsh, Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____12/10/2025_____

_____
_Judge's signature_

City and state: _____Washington, D.C._____       Moxila A. Upadhyaya, U.S. Magistrate Judge
_Printed name and title_