UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **UNDER SEAL** |
| ) | |
| v. ) | Case: 1:25-mj-00279 |
| ) | Assigned To: Judge Upadhyaya, Moxila A. |
| JOHN AARON GASS ) | Assign. Date: 12/10/2025 |
| ) | Description: COMPLAINT W/ARREST WARRANT |
| *Defendant.* ) | |
| ) | |

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT & ARREST WARRANT**

I, Remy Walsh, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I submit this affidavit in support of a criminal complaint charging JOHN AARON GASS with violations of 18 U.S.C. § 2251(a) and (e) (production/attempted production of child pornography), 18 U.S.C. § 2422 (coercion and enticement), and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn from my training, experience, and knowledge of the investigation.

## **AFFIANT BACKGROUND**

3.     I have been employed with the FBI as a Special Agent since April 2021.  I am currently assigned to the Washington Field Office Child Exploitation and Human Trafficking Task Force ("CEHTTF"), which investigates individuals involved in the online sexual exploitation of children.  As part of my duties, I investigate crimes involving the sexual exploitation of minors, including sex trafficking, child pornography, and enticement violations.  Since being employed with the FBI, I have participated in the execution of numerous search warrants, including those for online accounts, such as email accounts, online storage accounts and other online communication accounts.  In the course of my employment with the FBI, I have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256(8) and used interchangeably with the term "child sexual abuse material" or "CSAM")) in many forms of media.

4.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant.  It does not set forth all of my knowledge, or the knowledge of others, about this matter.

5.     Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2251(a) and (e) (production/attempted production of child pornography), 18 U.S.C. § 2422 (coercion and enticement), and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography) (collectively, the "Target Offenses")  have been committed by JOHN AARON GASS ("the Subject") and others known and unknown.

## **PROBABLE CAUSE**

6. On or about November 21, 2025, the FBI received information from the Washington, D.C. Metropolitan Police Department (MPD) that John Aaron Gass (GASS), a former history teacher at ███████████████████████ in Washington, D.C.,[1] met with a 16 year old minor victim[2] (MV1) on multiple occasions for the purposes of sex and, on at least two occasions, GASS used MV1's phone to film himself and MV1 having sex. MPD first received this information ███████████████ after MV1 disclosed the information to them.

7. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ MV1 put the number in her phone and sent GASS a text message. MV1 believed they began text messaging each other on about March 28, 2025.

---

[1] ███ is a public charter school in Washington, D.C. for grades 6 to 12.
[2] MV1's full name and DOB are known to law enforcement.
[3] GASS was a teacher ███████████ until November 2025. GASS had worked at ███████████ ███████████ or approximately seven years. ███████████████████████ ███████████████████████████████████████████████
[4] ███████████████████████████████████████████████████ ███████████████
[5] As identified through contact information in MV1's phone, the phone number GASS provided was 202-XXX-3724.

8.      MV1 disclosed to MPD investigators that a few days after the initial text conversation, MV1 and GASS met on the bottom level of the parking garage at Children's Hospital in Washington, D.C.[6] MV1 entered the back seat of GASS's vehicle. GASS then got into the back seat of the vehicle. At one point during this meeting, the two engaged in oral and vaginal sex. MV1 reported they met in the parking garage because no one was there and there were no lights. MV1 told investigators that GASS drove a white Honda sedan with no bumper stickers.[7] MV1 reported that after this, GASS began to send nude photographs of himself to MV1 and asked MV1 for nude images of herself. MV1 produced and sent the requested images to GASS. MV1 reported that during the summer of 2025, approximately every week or every other week, GASS came to MV1's home in Washington, D.C.,[8] entered through MV1's bedroom window between approximately 1:00am-1:30am, and the two would have sex. GASS would typically leave at approximately 3:00am or 4:00am before MV1's mother woke and left for work at approximately 5:00am. MV1 reported that during 2025-2026 school year, she and GASS had sex more frequently. MV1 reported that they generally had protected sex, though they had unprotected sex on two occasions. GASS ejaculated inside MV1 on those occasions. GASS bought Plan B for MV1 and gave it to her. In early November 2025, GASS asked MV1 to be his girlfriend and told her he loved her.

9.      During MV1's initial disclosure ███████████████, MV1 provided a school administrator with two videos of GASS and MV1 having sex. MV1 identified GASS as the man in the videos. MV1 reported that the last time the two had sex was approximately three weeks ago. A review of the timestamps of the videos provided by MV1 revealed the videos were taken on October 13, 2025, and November 9, 2025. MV1 later told MPD investigators that the videos

---

[6] In an interview with a school administrator, it was determined the GASS and MV1 met at Children's National Research and Innovation Campus, which is approximately 0.4 miles from MV1's school.
[7] The TARGET VEHICLE is a white Honda sedan.
[8] The address of MV1's home is known to law enforcement.

were recorded on her phone by GASS then sent to GASS from her phone. Your affiant reviewed these videos and observed the following:

- Video title IMG_8489.MOV; Created November 9, 2025, at approximately 3:32 AM; Video is approximately 6 minutes and 31 seconds in duration.

    (a) The video begins with an unknown individual positioning a recording device. Approximately 39 seconds into the video a television is turned on and a nude black female can then be seen laying on a bed. Approximately 1 minute and 52 seconds into the video, a black male matching the description of GASS can be seen picking up the recording device. Approximately 1:59 seconds into the video a female matching the description of MV1 can be seen with the male seen directly behind the female. The male then repositions the recording device and records the male inserting his penis into the female's genitals. At approximately 2:59 seconds the male picks up the recording device and focuses the camera on the male inserting his penis into the female's genitals. At multiple points in the video the recording device focuses on the male inserting his penis into the female's genitals.

- Video title IMG_7700.MOV; Created October 13, 2025, at approximately 3:01 AM; The video is approximately 3 minutes and 23 seconds in duration.

    (a) The video begins with a black male inserting his penis into a black female's genitals. The male's body appears the same as the male depicted in Video title IMG_8489.MOV. The black male appears to be holding the recording device at this point in the video. At approximately

one minute and 57 seconds the recording device focuses on the female's genitals. At approximately 2:29 seconds the camera is placed onto the bed and focuses on a black female's face, which matches the description of MV1.

10. Following a review of iMessage conversations between GASS and MV1, observed on MV1's phone, an iMessage conversation[9] between GASS and MV1 occurred at approximately 1:39 AM. At the beginning of the conversation, MV1 sends a message that reads, "Unfortunately I'm still up." MV1 later sends a message saying, "Goodnight." GASS later responds with the following messages: "On my way," "You window open?," "You sleep lol let's try tomorrow night then [2 kissing emojis]." The conversation occurred with a contact in MV1's phone as "G : ) )". The contact is saved under telephone number 202-XXX-3724.

11. Pursuant to a subpoena, T-Mobile provided subscriber information and Call Detail Records ("CDRs") for telephone number 202-XXX-3724 (TARGET NUMBER). A review of the CDRs revealed communications between the TARGET NUMBER and a telephone number known to be used by MV1. The subscriber information provided by T-Mobile for the TARGET NUMBER included the following:

> Customer Name: John Gass
> Subscriber Name: John Gass
> Billing Address: 3950 Garden City Drive, APT XXX, Hyattsville, Maryland 20785[10]

12. During her interview with MPD investigators, MV1 disclosed that on November 18, 2025, GASS and MV1 did a "screen share."[11] MV1 called GASS to inform him that other

---

[9] The conversation is listed as occurring on "Sunday," and the conversation was viewed by MPD the week of November 16th. Thus, this conversation likely took place on November 16, 2025.
[10] Open-source databases indicated this is a prior address used by GASS.
[11] Based on records indicating that MV1 and GASS had multiple prior FaceTime calls, your affiant believes MV1 meant FaceTime when she referred to "screen share."

students at the school were saying that GASS was making them uncomfortable, and another student mentioned GASS offered her one-on-one tutoring. According to MV1, GASS became defensive and denied liking the other student. MV1 reported that GASS previously made comments about a senior's butt.

## CONCLUSION

13. For the reasons set forth above, I submit that probable cause exists to believe that GASS committed the offense of Production/Attempted Production of Child Pornography, in violation of 18 U.S.C. § 2251(a) and (e), Coercion and Enticement, in violation of 18 U.S.C. § 2242, and Possession of Child Pornography, in violation of 18 U.S.C. §2252(a)(4).

Respectfully submitted,

_____
Remy Walsh, Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on December 10, 2025.

_____
The Honorable Moxila A. Upadhyaya
United States Magistrate Judge