AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11898884

**RECEIVED**
By USMS District of Columbia District Court at 4:56 pm, Dec 10, 202

United States of America
v.
John Aaron Gass (AKA: N/A)

*Defendant*

)
)
)
)
)
)
)

Case: 1:25-mj-00279
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 12/10/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*       John Aaron Gass       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(a)(e) (Production/Attempted Production of Child Pornography);
18 U.S.C. § 2422 (Coercion and Enticement);
18 U.S.C. § 2252(a)(4) (Possession of Child Pornography).

Date:     12/10/2025

*Issuing officer's signature*

City and state:     Washington, D.C.     Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/10/2025 , and the person was arrested on *(date)* 12/11/2025
at *(city and state)* Washington, DC .

Date: 12/11/2025

*Arresting officer's signature*

Remy Walsh, Special Agent
*Printed name and title*